EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Designación de la Directora Ejecutiva del Programa de Educación Jurídica Continua | 2018 TSPR 183 <br><br> 201 DPR ____ |

Número del Caso: EN-2018-7

Fecha: 13 de noviembre de 2018

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Designación de la Directora
Ejecutiva del Programa de
Educación Jurídica Continua

EN-2018-07

RESOLUCIÓN

En San Juan, Puerto Rico, a 13 de noviembre de 2018.

En virtud de la Regla 8 del Reglamento de Educación Jurídica Continua, In re Aprobación Reglamento PEJC, 198 DPR 294 (2017), el Tribunal Supremo designa a la Lcda. María C. Molinelli González como Directora Ejecutiva del Programa de Educación Jurídica Continua, efectivo inmediatamente.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. El Juez Asociado señor Colón Pérez hace constar la siguiente expresión:

"El Juez Asociado señor Colón Pérez, sin pasar juicio sobre si la abogada designada a ocupar el cargo de Directora Ejecutiva del Programa de Educación Jurídica Continua tiene o no tiene los méritos para ocupar tal posición, discrepa del curso de acción seguido por una mayoría de este Tribunal para realizar el referido nombramiento, ello por considerar que -- de conformidad con lo dispuesto en el Art. V, Sec. 7, de

la Constitución del Estado Libre Asociado de Puerto Rico -- la facultad de designar los funcionarios o funcionarias que se desempeñan en cargos como el que está aquí en controversia es una **tarea inherentemente administrativa** que históricamente le ha correspondido al Juez Presidente o Jueza Presidenta de esta Curia, en este caso la Hon. Maite D. Oronoz Rodríguez".

La Juez Asociada señora Rodríguez Rodríguez disiente. La Jueza Presidenta Oronoz Rodríguez y el Juez Asociado señor Rivera García no intervinieron.


                        Sonnya Isabel Ramos Zeno
                Secretaria del Tribunal Supremo Interina